No. 80–2063.   SACKMAN-GILLILAND CORP. *v.* CHELSEA TITLE & GUARANTY CO.   C. A. 5th Cir.   Certiorari denied.

No. 80–2065.   CALABRESE *v.* UNITED STATES;
No. 80–6694.   KNOWLES *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 80–2067.   COLAHAN ET AL. *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 80–2069.   CAUCCI *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 80–2071.   ROSLINDALE COOPERATIVE BANK ET AL. *v.* GREENWALD ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 80–2072.   ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* UNITED STATES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–2075.   COLEMAN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 80–2080.   RON TONKIN GRAN TURISMO, INC. *v.* FIAT DISTRIBUTORS, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–2081.   OSBORNE ET AL. *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 80–2084.   LONG ET AL. *v.* CHEMEHUEVI INDIAN RESERVATION ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 80–2087.   BOONE *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.